Michael R. Mushkin, Esq.
Nevada State Bar #2421
Steven M. Shinn, Esq.
Nevada State Bar #6822
Michael R. Mushkin & Associates
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Fax: (702) 454-3333
Email: Michael@mushlaw.com
Email: Steven@mushlaw.com

Attorneys for JB CARTER PROPERTIES II, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JB CARTER PROPERTIES II, LLC, a Nevada Limited Liability Company on its own behalf and derivatively on behalf of FASTRAN, LLC;<br><br>Plaintiff,<br><br>v.<br><br>NASROLLAH GASHTILI, an Individual; JOHN DOES 1-10; DOE ENTITIES 1-10;<br><br>Defendants. | 2:10-cv-00196-RCJ-LRL<br><br><br><br>**ORDER GRANTING MOTION FOR REMAND; ORDER REMANDING CIVIL ACTION BACK TO STATE COURT** |
| NASROLLAH GASHTILI,<br><br>Counterclaimant,<br><br>v.<br><br>JB CARTER PROPERTIES II, LLC, a Nevada Limited Liability Company on its own behalf and derivatively on behalf of FASTRAN, LLC,<br><br>Counterdefendants. | Date of Hearing: June 1, 2010<br>Time of Hearing: 10:00 a.m. |

-1-

| | |
|---|---|
| INTEGRATED DATA SYSTEMS, INC. and FASTRAN, INC., | |
| Third Party Plaintiff, | |
| v. | |
| JB CARTER PROPERTIES II, LLC, a Nevada Limited Liability Company on its own behalf and derivatively on behalf of FASTRAN, LLC, | |
| Third Party Defendant. | |

### ORDER GRANTING MOTION FOR REMAND; ORDER REMANDING CIVIL ACTION BACK TO STATE COURT

Before this Court is Plaintiff JB Carter Properties II, LLC's Motion for Remand; Motion to Dismiss Counterclaim and/or Third-Party Complaint Pursuant to Federal Rules of Civil Procedure Rule 12; in the alternative, Motion for More Definite Statement, Motion to Strike, Sever or Try Separately (Document #7). Defendant Nasrollah Gashtili and Third Party Plaintiffs Integrated Data Systems, Inc. and Fastran, Inc. originally removed this civil action from the Eighth Judicial District Court, in and for Clark County, Nevada, to federal court based upon 28 U.S.C. § 1441 (Document #1). After Plaintiff filed its Motion for Remand, Defendant/Counterclaimant Nasrollah Gashtili and Third Party Plaintiffs Integrated Dynamic Solutions, Inc. and Fastran, Inc. filed their Opposition and Counter-Motion to Intervene (Document #12); Plaintiff then filed its Reply to the Opposition and Counter-Motion to Intervene (Document #13) and Defendant/Counterclaimant Nasrollah Gashtili and Third Party Plaintiffs Integrated Dynamic Solutions, Inc. and Fastran, Inc. filed their Reply in Support of Counter-Motion to Intervene (Document #14). A hearing was held in open court on June 1, 2010; Michael R. Mushkin, Esq. appeared for Plaintiff JB Carter Properties II, LLC; both Donald L. Prunty, Esq. and Ronald D. Green, Esq. appeared for Defendant/Counterclaimant

-2-

Nasrollah Gashtili and Third Party Plaintiffs Integrated Dynamic Solutions, Inc. and Fastran, Inc.; and this Court having considered Plaintiff's Motion for Remand as well as the pleadings on file on behalf of all the parties and having heard the arguments of their counsel;

**IT IS HEREBY ORDERED** that Plaintiff JB Carter Properties II, LLC's Motion for Remand (Document #7) is GRANTED and this Court REMANDS this case to the Eighth Judicial District Court, in and for Clark County, Nevada.

**IT IS FURTHER ORDERED** that any other pending motions are denied as moot.

DATED: JUNE 23, 2010

DISTRICT COURT JUDGE

Submitted by:

MICHAEL R. MUSHKIN & ASSOCIATES

BY: _____
MICHAEL R. MUSHKIN, ESQ.
Nevada State Bar #2421
4475 South Pecos Road
Las Vegas, NV 89121
*Attorneys for Plaintiff/Counterdefendant/Third-Party Defendant JB Carter Properties II, LLC*

-3-